# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151520(51)

SHANNON BITTERMAN,
      Plaintiff-Appellant,

v

CHERYL D. BOLF,
      Defendant-Appellee.
_____/

SC: 151520
COA: 319663
Saginaw CC: 13-019397-CZ

      On order of the Chief Justice, the motion of defendant-appellee to extend the time to file her supplemental brief is GRANTED. The supplemental brief will be accepted for filing if submitted on or before January 13, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2015



Clerk